IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN LEE STEPP,                )
                               )
        Petitioner,             )
                               )
    vs.                         )   CA 04-110E
                               )   CR 01-40E
UNITED STATES OF AMERICA,      )
                               )
        Respondent.             )

## O R D E R

AND NOW, this 24th day of September, 2007, the Court having denied Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                            s/Maurice B. Cohill, Jr.
                            Senior United States District Judge